```
1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Email: robert.freeman@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
3  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
4  702.893.3383
   FAX: 702.893.3789
5    Attorneys for Defendants
     Officer Tyler Campbell
6
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| ELKA MAXWELL, | CASE NO. 2-14-cv-0181-JAD-NJK |
|---|---|
| Plaintiff, | SUBSTUTION OF ATTORNEYS REGARDING TYLER CAMPBELL |
| vs. | |
| LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; OFFICER TYLER CAMPBELL, individually and in his official capacities as a police officer employed by the LAS VEGAS METROPOLITIAN POLICE DEPARTMENT and DOES OFFICERS I-X, inclusive, | |
| Defendants. | |

COMES NOW Defendant TYLER CAMPBELL and hereby substitutes ROBERT W. FREEMAN, ESQ., as his attorney of record in this matter, in the place and stead of E. BREEN ARRNTZ, ESQ.

DATED this 26 day of JULY, 2014.

TYLER CAMPBELL

*/s/ Tyler Campbell*

...

...

E. BREEN ARNTZ, ESQ. hereby agrees and consents to the substitution of ROBERT W. FREEMAN, ESQ. as the attorney of record for Tyler Campbell in this matter.

DATED this 4th day of August, 2014.

ARNTZ & ASSOCIATES

/s/ E. Breen Arntz
E. Breen Arntz, Esq.
Nevada Bar No. 3853
5545 Mountain Vista
Las Vegas, Nevada 89120
Attorneys for Defendant
Tyler Campbell

ROBERT W. FREEMAN, ESQ. hereby accepts substitution as attorney of record for TYLER CAMPBELL in this matter.

DATED this 4 day of August, 2014.

LEWIS BRISBOIS BISGAARD & SMITH LLP

Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89188

**ORDER**

IT IS SO ORDERED.

DATED: August 5, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

2