1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | | |
|---|---|---|
| ELKA MAXWELL, | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cv-00181-JAD-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | (Docket No. 41) |
| LAS VEGAS METROPOLITAN POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

11
12
13
14
15
16
17

        Pending before the Court is Plaintiff's emergency motion for a protective order.  Docket No. 41.

18

Defendants shall file a response no later than September 16, 2015.  Plaintiff shall file any reply no later

than September 18, 2015.

19
20

        IT IS SO ORDERED.

        DATED:   September 14, 2015

21
22
                                                    _____
23
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge
24
25
26
27
28