# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELKA MAXWELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-00181-JAD-NJK<br><br>ORDER DENYING MOTION TO SEAL WITHOUT PREJUDICE<br><br>(Docket No. 44) |

Pending before the Court is Defendants' motion to file under seal exhibit 1 to their response to Plaintiff's motion for protective order. *See* Docket No. 44. Local Rule 10-5(b) governs requests to seal. The procedure for sealing documents is to file simultaneously the subject documents under seal accompanied by a motion to seal. Local Rule 10-5(b) ("Unless otherwise permitted by statute, rule or prior Court order, papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal, and shall be filed in accordance with the Court's electronic filing procedures."). Although it appears that good cause likely exists to seal the subject information, *see Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), Defendants have filed a motion to seal unaccompanied by any sealed documents. Defendants must follow the proper procedures. Accordingly, the motion to seal is hereby **DENIED** without prejudice.

　　IT IS SO ORDERED.

　　DATED: September 16, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge