UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ELKA MAXWELL, | ) | |
|         Plaintiff, | ) | Case No. 2:14-cv-00181-JAD-NJK |
| vs. | ) | ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | ) | (Docket No. 55) |
|         Defendants. | ) | |

Pending before the Court is Plaintiff's motion to seal exhibit one to her motion for protective order. Docket No. 55. That motion does not cite particular reasons indicating that sealing is proper, but rather that Defendants had designated certain cited information as confidential pursuant to the Court's protective order entered in this case. *See id.* at 3. Pursuant to the procedures outlined by the undersigned, Plaintiff was required to notify Defendants at least seven days prior to filing the document and, if Defendants believe the document should remain under seal, they were required to provide a declaration in support of the motion to seal for Plaintiff to file. Docket No. 40 at 2-3. While the parties clearly did not follow the procedures set forth by the Court, the Court gives Defendants one last opportunity to comply with the relevant caselaw and the Court's order. Exhibit one will remain sealed for the time being. Defendants must file, no later than **September 30, 2015**, a declaration regarding exhibit one that complies in full with the Ninth Circuit's directives in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

1       In the event Defendants fail to comply, the Court will deny the motion to seal exhibit one and
2 order it filed on the public docket.
3       IT IS SO ORDERED.
4       DATED: September 29, 2015.

                                        NANCY J. KOPPE
                                        United States Magistrate Judge