# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELKA MAXWELL, | Case No. 2:14-cv-00181-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | (Docket No. 60) |
| Defendant(s). | |

Pending before the Court is a motion to withdraw filed by counsel for Plaintiff. Docket No. 60. Any response to that motion shall be filed no later than December 21, 2015. The Court hereby **SETS** the motion for hearing for 1:00 p.m. on December 29, 2015, in Courtroom 3B. Current counsel and any newly retained counsel shall be present for the hearing. Plaintiff shall appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. THERE WILL BE NO EXCEPTIONS TO THESE ATTENDANCE REQUIREMENTS.

The Court reminds Plaintiff's counsel that unless and until his motion is granted, he remains responsible for complying with all relevant deadlines.

. . . .

. . . .

. . . .

1 | Current counsel shall serve a copy of this order on Plaintiff, and shall file a proof of service on
2 | the docket no later than December 10, 2015.
3 | IT IS SO ORDERED.
4 | DATED: December 7, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge