# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELKA MAXWELL,<br><br>           Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT, et al.,<br><br>           Defendants. | Case No. 2:14-cv-00181-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 67) |

Pending before the Court is Defendant Las Vegas Metropolitan Police Department's motion for additional pre-trial conference. Docket No. 67.

For good cause shown, the Court **GRANTS** Defendant's motion. The Court sets a pre-trial status conference for February 12, 2016, at 10:00 a.m., in Courtroom 3D. Plaintiff does not need to attend personally, but shall appear by telephone. Plaintiff shall call the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

Counsel for Defendant shall serve this order on Plaintiff via email, and shall file a proof of service on the docket, no later than February 5, 2016.

IT IS SO ORDERED.

DATED: February 3, 2016.

                                                Nancy J. Koppe<br>
                                                United States Magistrate Judge